**FILED**
CLERK, U.S. DISTRICT COURT

September 1, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONDRA CREED, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, a business entity, form unknown; KAISER PERMANENTE, a business entity, form unknown; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 15-cv-06130-SJO-JPR<br><br>**ORDER ON STIPULATION TO REMAND ACTION TO STATE COURT** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  The Court, having reviewed and considered the Parties' Stipulation to Remand
2  Action to State Court, and good cause appearing therefore, hereby remands the action
3  to the Superior Court for the State of California, County of Los Angeles.

**IT IS SO ORDERED**.

DATED: September 1, 2015

*S. James Otero*

United States District Court Judge